IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREEAR TREW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-2163 BP |
| ) | |
| AMERICAN INSTITUTE OF ) | |
| INTRADERMAL COSMETICS, INC., ) | |
| and CLARIANT CORPORATION, ) | |
| ) | |
| Defendants ) | |

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY

Before the Court is Plaintiff's Motion for Order Compelling Discovery, filed February 23, 2005 (dkt #71). On April 22, 2005, the Court held a hearing on the motion. Counsel for all parties were present and heard. For reasons stated on the record, the motion is GRANTED in part and DENIED in part as follows:

1. Interrogatory No. 6: Defendant American Institute of Intradermal Cosmetics, Inc. ("AIIC") shall respond and/or provide documents responsive to this interrogatory through March 9, 2004.

2. Interrogatory No. 10: AIIC shall provide Plaintiff with an interrogatory response, as stated on the record, regarding Premier True Color Concentrates, Premier Original Colors, and Premier Enhanced True Colors. AIIC need not provide any further

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

response to this interrogatory.

3.  Interrogatory No. 12: AIIC shall provide Plaintiff with a response to this interrogatory for the four year period prior to July 2003.

4.  Interrogatory No. 13: AIIC shall provide Plaintiff with a response to this interrogatory for the period January 2002 to March 9, 2004.

These responses shall be provided to Plaintiff within fifteen (15) days from the date of this order.  Plaintiff's motion for attorney's fees and expenses is DENIED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_____4/22/05_____
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT