IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREEAR TREW, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | |
| | * | NO. 04-2163-BP |
| AMERICAN INSTITUTE OF | * | |
| INTRADERMAL COSMETICS, INC., | * | |
| And SANDI HAMMONS d/b/a | * | |
| PREMIER PIGMENTS, and CLARIANT | * | |
| CORPORATION, | * | |
| | * | |
| DEFENDANTS. | | |

**CONSENT ORDER GRANTING EXTENSION OF TIME TO
CLARIANT CORPORATION FOR ANSWER TO COMPLAINT**

THIS CAUSE came on to be heard upon the written motion of Clariant Corporation for an extension from May 18, 2005 through May 25, 2005, to file an Answer to the Second Amended Complaint.

It appearing to the Court that Plaintiff's counsel consents to the motion and that the motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Clariant Corporation be, and is hereby, granted an extension through May 25, 2005, to file an Answer to the Second Amended Complaint.

U.S. ~~DISTRICT COURT~~ Magistrate JUDGE
DATE: 5/18/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

86

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT