IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREEAR TREW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-2163-B/P |
| | ) | |
| AMERICAN INSTITUTE OF | ) | |
| INTRADERMAL COSMETICS, INC. | ) | |
| and CLARIANT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Motion for Leave to Withdraw as Counsel for American Institute of Intradermal Cosmetics, Inc. ("AIIC") filed by Leo Bearman, Jr., Esq., Jill M. Steinberg, Esq., Marianne Bell Matthews, Esq., and law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., this Court finds that their Motion for Leave to Withdraw as Counsel is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion for Leave to Withdraw as Counsel is GRANTED, and Leo Bearman, Jr., Esq., Jill M. Steinberg, Esq., Marianne Bell Matthews, Esq., and law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., are hereby granted leave to withdraw as counsel for Defendant AIIC. Counsel shall forward a copy of this order to

AIIC and corporate counsel.  AIIC shall have thirty (30) days to retain new counsel.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 1, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT