IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREEAR TREW ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | DOCKET NO. 04-2163-BP |
| ) | |
| AMERICAN INSTITUTE OF ) | |
| INTRADERMAL COSMETICS, INC. ) | JURY DEMANDED |
| and CLARIANT CORPORATION, ) | |
| ) | |
| DEFENDANTS. ) | |

## ORDER GRANTING CONSENT MOTION TO ENTER AMENDED SCHEDULING ORDER

Pursuant to the Consent Motion to Enter Amended Scheduling Order filed by Clinton H. Scott as attorney for the Plaintiff, Greear Trew, this Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Consent Motion to Enter Amended Scheduling Order is granted, setting aside the scheduling order now in effect.

IT IS, FURTHER, ORDERED, ADJUDGED, AND DECREED that counsel for the parties shall submit an amended scheduling order by agreement to be ratified by the Court and entered in this matter.

IT IS, FURTHER, ORDERED, ADJUDGED, AND DECREED that the trial previously set for March 6, 2006 will be reset by the Court.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

IT IS SO ORDERED this _____10th_____ day of _____June_____, 2005.

_____
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT