IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22 PM 2:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GREEAR TREW  )<br>  )<br>PLAINTIFF, )<br>  )<br>v.  )<br>  )<br>AMERICAN INSTITUTE OF )<br>INTRADERMAL COSMETICS, INC. )<br>and CLARIANT CORPORATION, )<br>  )<br>DEFENDANTS. ) | DOCKET NO. 04-2163-BP<br><br>JURY DEMANDED |

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

Come now the parties, and respectfully submit the following Joint Proposed Scheduling Order, which amends the Scheduling Order previously entered in this case on February 14, 2005.

Pursuant to agreement of the parties, they submit the following dates to be established as the final dates for:

**AMENDING PLEADINGS**: September 7, 2005

**JOINING PARTIES**: September 7, 2005

**COMPLETING ALL DISCOVERY:** March 31, 2006

    (a)    **DOCUMENT PRODUCTION**: March 31, 2006

    (b)    **INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 31, 2006

    (c)    **DEPOSITIONS**: March 31, 2006

    (d)    **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: December 1, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

    (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: February 1, 2006

    (3)    **EXPERT WITNESS DEPOSITIONS**:

        Plaintiff's Expert:    January 18, 2006

        Defendant's Experts:  March 10, 2006

**FILING DISPOSITIVE MOTIONS**: May 17, 2006

**OTHER RELEVANT MATTERS**:

On June 2, 2005, the Court entered an Order Granting Motion for Leave to Withdraw As Counsel as to counsel for Defendant, American Institute of Intradermal Cosmetics. Pursuant to the Order, Defendant American Institute of Intradermal Cosmetics had thirty (30) days to retain new counsel. As of the date of this Order, Defendant American Institute of Intradermal Cosmetics does not have counsel of record. The parties to this litigation may proceed with this case whether or not Defendant American Institute of Intradermal Cosmetics retains new counsel.

The parties have agreed that each party shall be permitted to take fifteen depositions, as opposed to the ten depositions as set forth in Rule 30 of the Federal Rules of Civil Procedure. No depositions, however, may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 3-4 days.

This case may be appropriate for ADR. Parties are directed to appear before the magistrate judge to discuss the status of the case and the possibility of ADR on 12/8/05 at 9:30 a.m.

The parties are reminded the pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to FED R. CIV. P. 12, 56, 59, and 60, shall be accompanied by a proposed Order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth

the reasons for which a reply is required.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED this the 22 day of July, 2005.

_____
TU M. PHAM
United States Magistrate Judge

Date: July 22, 2005

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: Clinton H. Scott with permission JBM
LEWIS L. COBB #005369
J. BRANDON McWHERTER #21600
CLINTON H. SCOTT #23008
Attorneys for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461


BURCH, PORTER & JOHNSON, PLLC

By: _____
DeWITT M. SHY, JR. #5163
JENNIFER SHORB HAGERMAN #20281
Attorneys for Defendant Clariant
130 North Court Avenue
Memphis, TN 38103
(901) 524-5137

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing has sent via Federal Express overnight delivery, to the following counsel of record on the 21st day of July 2005:

Mr. Robert Delveaux
American Institute of Intradermal Cosmetics, Inc.
2500 East Randol Mill Road
Suite 137
Arlington, TX 76011

Jennifer Shorb Hagerman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT