IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 2: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GREEAR TREW ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | DOCKET NO. 04-2163-BP |
| ) | |
| AMERICAN INSTITUTE OF ) | |
| INTRADERMAL COSMETICS, INC. ) | JURY DEMANDED |
| and CLARIANT CORPORATION, ) | |
| ) | |
| DEFENDANTS. ) | |

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Plaintiff's Motion for Leave to File Amended Complaint and Memorandum in support thereof, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Leave to File Amended Complaint is granted, allowing the Plaintiff to file an Amended Complaint in this matter.

IT IS SO ORDERED.

ENTER this the __6__ day of __September__, 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-6-05

(98)

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
CLINTON H. SCOTT #23008
LEWIS L. COBB #005369
J. BRANDON McWHERTER #51600
Attorney for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the __L__ day of __September__, 2005:

DeWitt M. Shy, Jr.
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN 38103

American Institute of Intradermal Cosmetics, Inc.
c/o Bob Delveaux
2500 East Randol Mill Road, Suite 137
Arlington, TX 76011

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT