IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREEAR TREW, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | NO. 04-2163-BP |
| | * | |
| AMERICAN INSTITUTE OF | * | |
| INTRADERMAL COSMETICS, INC., | * | |
| And SANDI HAMMONS d/b/a | * | |
| PREMIER PIGMENTS, and CLARIANT | * | |
| CORPORATION, | * | |
| | | |
| DEFENDANTS. | | |

~~UNOPPOSED~~ ORDER GRANTING CLARIANT'S MOTION FOR LEAVE TO
ASSERT THIRD PARTY COMPLAINT AND/OR CROSS CLAIM AS PART OF ITS
RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT

THIS CAUSE came to be heard upon the written motion of Clariant Corporation for leave to file, as a part of its response to Plaintiff's Third Amended Complaint, a third party complaint and/or cross claim against American Institute of Intradermal Cosmetics, Premier Pigments and/or Premier Products, Plaintiff's unopposed motion to file a Third Amended Complaint having been granted on September 6, 2005; and

It appearing to the Court that Plaintiff's counsel does not oppose Clariant's motion and that the motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Clariant Corporation be, and is hereby, granted leave to file as a part of its response to Plaintiff's Third Amended Complaint, a third party complaint and/or cross claim against American Institute of Intradermal Cosmetics, Inc., Premier Pigments and/or Premier Products.

U.S. D~~ISTRICT COURT~~ JUDGE
Magistrate

DATE: September 7, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:04-CV-02163 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT